**Order filed May 28, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00010-CV
_____

**WENDY SCHREIBER, Appellant**

**V.**

**STATE FARM LLOYDS, Appellee**

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2012-03419**

## ORDER

This is an appeal from a judgment signed September 23, 2013. The reporter's record was filed May 7, 2014. A supplemental reporter's record was filed May 13, 2014.

The court has determined that the reporter's record from the hearing held September 23, 2013 on "Defendant State Farm Lloyds' Motion to Enter Judgment and Motion for Costs" is relevant and has been omitted from the reporter's record.

*See* Tex. R. App. P. 34.6(d).  The official court reporter for the 190th District Court is directed to file a supplemental reporter's record from the hearing held September 23, 2013 on "Defendant State Farm Lloyd's Motion to Enter Judgment and Motion for Costs."  The supplemental reporter's record is to be filed with this court on or before June 8, 2015.

If no record was made of the hearing on "Defendant State Farm Lloyd's Motion to Enter Judgment and Motion for Costs," the official court reporter is to notify this court within 10 days that no record was made of this hearing.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.